8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Lorenzo Hurrubiate*  §
  §
versus  §     CIVIL ACTION 97-280
  §
*Wal-mart Stores, Inc* §

Order Setting Conference

United States District Court
Southern District of Texas
FILED

SEP 22 1998

Michael N. Milby
Clerk of Court

1. A *final* pre-trial conference will be held on:

   __October 1__, 1998

   at __9:00__ __A__.m.

   in Judge Tagle's Chambers
   United States Court House
   500 Easts Tenth Street, Room 428
   Brownsville, Texas 78521.

United States District Court
Southern District of Texas
ENTERED

SEP 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

   a. witness list, including a statement of expected testimony from each witness.

   b. exhibit list with exhibits.

Signed __September 22__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.